**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

FABRICA DE MUEBLES JJ
ALVAREZ, INC., ET AL

    Appellants

v.　　　　　　　　　　　　　　　　**Civil No. 08-1761 (SEC)**

FRANCISCO MENDOZA, Inc., et al

    Appellees

## JUDGMENT

Pursuant to the Court's Opinion and Order of November 20th, 2008, Appellant's request for an extension of time to file the appellant brief is **DENIED**. Appellant's bankruptcy appeal pursuant to 28 U.S.C. § 158 is **DISMISSED with prejudice**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of November, 2008.

                          S/ *Salvador E. Casellas*
                          SALVADOR E. CASELLAS
                          U.S. Senior District Judge